Affirmed and Memorandum Opinion filed February 22, 2007









Affirmed and Memorandum Opinion filed February 22,
2007.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00466-CR

____________

 

ISMAIL CONTEH,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 337th District
Court

Harris County,
Texas

Trial Court Cause No.
1034034

 



 

M E M O R A N D U M   O P I N I O N

A jury convicted appellant of sexual assault of a child.  On May 22, 2006, the trial court sentenced
appellant in accordance with the jury=s assessment to confinement for ten
years in the Institutional Division of the Texas Department of Criminal
Justice, probated for ten years. 
Appellant filed a timely, written notice of appeal.








Appellant=s appointed counsel filed a brief in which he concludes the
appeal is wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the
record and demonstrating why there are no arguable grounds to be advanced.  See High v. State, 573 S.W.2d 807
(Tex. Crim. App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503,
510 (Tex. Crim. App. 1991).  Appellant
requested a copy of the record, which was provided to him on November 21,
2006.  As of this date, more than sixty
days has elapsed and no pro se response has been filed.

We have carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit. 
Further, we find no reversible error in the record.  A discussion of the brief would add nothing
to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 22, 2007.

Panel consists of Chief Justice
Hedges and Justices Fowler and Edelman. 

Do Not Publish C Tex. R. App. P. 47.2(b).